UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MARGARET D'AMICO,                   : | |
|        Plaintiff,           : | |
|                        : | |
|      v.                                 : | No. 5:16-cv-2811 |
|                        : | |
| MOGEL, SPEIDEL, BOBB & KERSHNER,    : | |
| FREDERICK R. MOGEL, STEPHEN H. PRICE, : | |
| SEAN J. O'BRIEN, and MARK E. ZIMMER,   : | |
|        Defendants.         : | |

_____

**O R D E R**

**AND NOW**, this 11th day of October, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY OERDERED THAT**:

    1.    Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 10, is **GRANTED in part** and **DENIED in part** as follows:

        A.    Although Plaintiff is not required to identify her medical impairment, she has failed to plead sufficient facts regarding her alleged disability, and Defendants' request to dismiss the Amended Complaint for this reason is granted;

        B.    Defendants' request to dismiss the Amended Complaint on the basis of an alleged lack of causal connection is denied;

    2.    The Amended Complaint, ECF No. 8, is **DISMISSED without prejudice**; and

    3.    Plaintiff may file a Second Amended Complaint **on or before Friday, October 28, 2016**.

                                                    BY THE COURT:


                                                    */s/ Joseph F. Leeson, Jr.*_____
                                                    JOSEPH F. LEESON, JR.
                                                    United States District Judge